**Order entered July 18, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01515-CV

**LUCIO PICOZZI AND PIER ALLESINA, Appellant**

**V.**

**MILES C. LONGSHAW, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11149**

## ORDER

Before the Court is the July 17, 2017 unopposed motion of appellant Pier Allesina for an extension of time to file a brief. We **GRANT** the motion and extend the time to **August 14, 2017**.

/s/     CRAIG STODDART
         JUSTICE